# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KENDELL AGNEW<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC,<br><br>                    Defendant. | **Case No.:** Case 2:25-cv-11826-LJM-EAS<br><br>**District Judge**<br>**Laurie J. Michelson**<br>**Magistrate Judge**<br>**Elizabeth A. Stafford**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kendell Agnew ("Plaintiff") and Experian Information Solutions, Inc., ("Experian"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask the Court to vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1

RESPECTFULLY SUBMITTED this 31st day of October 2025

<div style="margin-left: 40%;">

CONSUMER JUSTICE LAW FIRM PLC

By: /s/ Landon T. Maxwell
Landon T. Maxwell
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Kendell Agnew*

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Mari Cervantes*