# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KENDELL AGNEW<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendant. | **Case No.:** Case 2:25-cv-11826-LJM-EAS<br><br>**District Judge Laurie J. Michelson**<br>**Magistrate Judge Elizabeth A. Stafford**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc.

  **IT IS SO ORDERED.**

Dated: November 20, 2025           s/Laurie J. Michelson
                       **HONORABLE LAURIE J. MICHELSON**
                       UNITED STATES DISTRICT JUDGE